UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| CANDY G.,[1]<br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>    Defendant. | 3:19-cv-01594-IM<br><br><br>JUDGMENT |

As per the Order for Remand (ECF No. 15), this matter is remanded under sentence four of 42 US.C. § 405(g).

Pending motions, if any, are denied as moot. All pretrial deadlines, hearings, and any trial date are stricken.

DATED this __12th__ day of __November__, 2020.

_Karin J. Immergut_
Karin J. Immergut
United States District Judge

---

[1] In the interest of privacy, this Judgment uses only the first name and the initial of the last name of the non-governmental party in this case.