IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **CANDY K. GRIFFIN**, | Case No. 3:19-cv-01594-IM |
| Plaintiff, | **ORDER** |
| v. | |
| **ANDREW M. SAUL, Commissioner of Social Security**, | |
| Defendant. | |

**IMMERGUT, District Judge.**

Plaintiff submitted her application for fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, and supporting materials on February 10, 2021. *See* ECF 18; ECF 19. In response, Defendant gave "substantial consideration to the merits of Plaintiff's request and found no basis to object. Therefore, Defendant has no objection to this request and will defer to the Court's assessment of the matter." ECF 20 at 1–2.

PAGE 1 – ORDER

After considering Plaintiff's briefing and supporting materials, and Defendant's response, this Court hereby ORDERS that attorney fees in the amount of $3,071.86 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Attorney fees will be paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 560 U.S. 586 (2010).

If Plaintiff has no such debt, then the check shall be made out to Plaintiff's attorney and mailed to Plaintiff's attorney's office as follows: Kevin Kerr, P.O. Box 14490, Portland, OR 97293. If Plaintiff has a debt, then the check for any remaining funds after offset of the debt shall be made to Plaintiff and mailed to Plaintiff's attorney's office at the address stated above.

**IT IS SO ORDERED.**

DATED this 19th day of February, 2021.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge

PAGE 2 – ORDER